**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ZACHERY WILSON, | * |
| | * |
|    Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO.14-00114-KD-B |
| | * |
| GARY SCARBROUGH, *et al.,* | * |
| | * |
|    Defendants. | * |

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action be dismissed with prejudice.

DONE this 28th day of September 2016.

> **s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] Wilson's copy of the Report and Recommendation was returned with the notation: "No A.I.S." and "Not at this Address" (doc. 49). Upon verification that Wilson was still at the same facility, the copy was re-mailed on September 27, 2016, with the A.I.S. number on the envelope. Accordingly, late objections may be accepted.