```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
ZACHERY WILSON,                    *
                                   *
    Plaintiff,                     *
                                   *
vs.                                *   CIVIL ACTION NO.14-00114-KD-B
                                   *
GARY SCARBROUGH, et al.,           *
                                   *
    Defendants.                    *
```

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is dismissed with prejudice.

DONE this 22nd day of November 2016.

                                               s/ Kristi K. DuBose
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**