```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| ZACHERY WILSON, | * |
| | * |
|    Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO.14-00114-KD-B |
| | * |
| GARY SCARBROUGH, *et al.,* | * |
| | * |
|    Defendants. | * |

**JUDGMENT**

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is dismissed with prejudice.

DONE this 22nd day of November 2016.

                                    s/ Kristi K. DuBose
                                    KRISTI K. DuBOSE
                                    UNITED STATES DISTRICT JUDGE